UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
KAREN LYNN WARREN            CASE NO. 20-10337
640 WENDY DRIVE              JUDGE BENJAMIN A. KAHN
GRAHAM, NC  27253

  DEBTOR

SSN(1) XXX-XX-2547           DATE:  03/23/2021

---

REPORT OF FILED CLAIMS

---

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALAMANCE COUNTY TAX<br>124 W ELM STREET<br>GRAHAM, NC  27253 | $209.88<br>INT:  .00%<br>NAME ID: 2794<br>CLAIM #: 0001 | (P) PRIORITY<br><br>ACCT: 0337<br>COMMENT: OC |
| ALAMANCE REGIONAL MEDICAL CTR<br>P O BOX 203<br>BURLINGTON, NC  27216-0203 | $0.00<br>INT:  .00%<br>NAME ID: 37192<br>CLAIM #: 0010 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ASHLEY FUNDING SERVICES LLC<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $14.89<br>INT:  .00%<br>NAME ID: 161905<br>CLAIM #: 0025 | (U) UNSECURED<br><br>ACCT: 9510<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC  28272 | $450.72<br>INT:  .00%<br>NAME ID: 116268<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 4672<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>% AMERICAN INFOSOURCE LP<br>P O BOX 71083<br>CHARLOTTE, NC  28272 | $666.24<br>INT:  .00%<br>NAME ID: 116268<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 8569<br>COMMENT: |
| CAPITAL ONE NA<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355-0701 | $2,073.09<br>INT:  .00%<br>NAME ID: 135165<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 6531<br>COMMENT: KOHLS |
| CITIBANK NA<br>6716 GRADE LN BLG 9 STE 910<br>PY DEPT<br>LOUISVILLE, KY  40213 | $756.58<br>INT:  .00%<br>NAME ID: 174688<br>CLAIM #: 0020 | (U) UNSECURED<br><br>ACCT: 5033<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $1,809.25<br>INT:  .00%<br>NAME ID: 123769<br>CLAIM #: 0002 | (P) PRIORITY<br><br>ACCT: 2547<br>COMMENT: OC |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $59.46<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0022 | | (U) UNSECURED<br><br>ACCT: 2547<br>COMMENT: |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $5,464.34<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0018 | | (U) UNSECURED<br><br>ACCT: 2435<br>COMMENT: 920TFCL |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $795.96<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0015 | | (U) UNSECURED<br><br>ACCT: 1885<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $804.17<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0016 | | (U) UNSECURED<br><br>ACCT: 0933<br>COMMENT: |
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI  48090 | $881.89<br>INT: .00%<br>NAME ID: 177774<br>CLAIM #: 0017 | | (U) UNSECURED<br><br>ACCT: 9783<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $2,351.38<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | | (P) PRIORITY<br><br>ACCT: 2547<br>COMMENT: OC |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $541.45<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0024 | | (U) UNSECURED<br><br>ACCT: 2547<br>COMMENT: |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $892.69<br>INT: .00%<br>NAME ID: 142435<br>CLAIM #: 0014 | | (U) UNSECURED<br><br>ACCT: 1078<br>COMMENT: VICTORIAS SEC |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $16,605.00<br>INT: 6.75%<br>NAME ID: 53815<br>CLAIM #: 0004 | | (V) VEHICLE-SECURED<br><br>ACCT: 0602<br>COMMENT: 17FORD |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $17,828.59<br>INT: .00%<br>NAME ID: 53815<br>CLAIM #: 0005 | | (U) UNSECURED<br><br>ACCT: 0603<br>COMMENT: |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $4,537.27<br>INT: .00%<br>NAME ID: 53815<br>CLAIM #: 0006 | | (U) UNSECURED<br><br>ACCT: 0680<br>COMMENT: 221A |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $0.00<br>INT: .00%<br>NAME ID: 53815<br>CLAIM #: 0007 | | (S) SECURED<br>SURRENDERED<br>ACCT: 0679<br>COMMENT: OC,SHARES,REL |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $0.00<br>INT: .00%<br>NAME ID: 53815<br>CLAIM #: 0008 | | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $4,100.86<br>INT: .00%<br>NAME ID: 53815<br>CLAIM #: 0009 | | (U) UNSECURED<br><br>ACCT: 0602<br>COMMENT: SPLIT |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $176.89<br>INT: .00%<br>NAME ID: 53815<br>CLAIM #: 0023 | | (U) UNSECURED<br><br>ACCT: 0679<br>COMMENT: SPLIT |
| TD BANK USA NA<br>% WEINSTEIN & RILEY PS<br>P O BOX 3978<br>SEATTLE, WA  98124 | $619.53<br>INT: .00%<br>NAME ID: 141078<br>CLAIM #: 0019 | | (U) UNSECURED<br><br>ACCT: 5645<br>COMMENT: |
| US DEPARTMENT OF EDUCATION<br>DIRECT LOAN SERVICING CENTER<br>P O BOX 5609<br>GREENVILLE, TX  75403-5609 | $0.00<br>INT: .00%<br>NAME ID: 68394<br>CLAIM #: 0021 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$61,640.13** | | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,500.00 | | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

        Clerk, U.S. Bankruptcy Court
        101 S. Edgeworth Street
        P.O. Box 26100
        Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  03/23/2021         OFFICE OF THE CHAPTER 13 TRUSTEE

        By:  /s/  Gayle McFarland
        Clerk
        Chapter 13 Office
        500 W FRIENDLY AVE STE 200
        P O BOX 1720
        GREENSBORO, NC  27402-1720

cc: Debtor
    Attorney for Debtor - Electronic Notice